UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CR00024CAS (AGF) |
| ) | |
| ZANTHANESE GREEN, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

At the request of Defendant and based on Defendant's advice that he has retained new counsel, the evidentiary hearing is continued to Tuesday, February 26, 2008 at 10:45 a.m. New counsel for Defendant must be present and ready to proceed at that time. No further continuance of the evidentiary hearing shall be granted absent a continuance of the trial setting.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of February, 2008.